Lavester ROBINSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62653.

Missouri Court of Appeals,
Western District.

Dec. 7, 2004.

Andrew A. Schroeder, Kansas City, MO,
for appellant.

Deborah Daniels, Jefferson City, MO,
for respondent.

Before ULRICH, P.J., LOWENSTEIN
and SMITH, JJ.

## ORDER

PER CURIAM.

Lavester Robinson appeals from the denial of his Rule 24.035 motion for post conviction relief. Robinson sought to have his conviction and sentence for sale of a controlled substance, following his guilty plea, overturned. The judgment is affirmed. Rule 84.16(b).